## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

MAYA MCKENZIE

      Plaintiff,

v.                                                            No.: 2:19-cv-02169-TLP-dkv

SPROUTS FARMERS MARKET, and
SFM, LLC,

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Maya McKenzie, and Defendants, Sprouts Farmers Market and SFM, LLC, and files this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties would state that all matters before the Court are now resolved and that the Court may enter an order dismissing this matter with prejudice.

Respectfully submitted,

s/Robert A. Donati
Robert A. Donati (BPR #25355)
Donald A. Donati (BPR #8633)
Bryce W. Ashby (BPR #26179)
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: 901-278-1004
Email:  robert@donatilaw.com

*Attorneys for Plaintiff*

s/M. Kimberly Hodges
M. Kimberly Hodges (BPR #20809)
OGLETREE, DEAKINS, NAH, SMOAK &
STEWART, P.C.
International Place Tower II
6401 Poplar Avenue, Suite 300
Telephone: (901) 767-6160
Fax: (901) 767-7411
Email: kim.hodges@ogletreedeakins.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will operate to provide notice of this filing to all counsel of record in this case.

s/Robert A. Donati